# Court of Appeals
# of the State of Georgia

ATLANTA, _November 15, 2013_

*The Court of Appeals hereby passes the following order:*

**A14D0098.  IN THE INTEREST OF J. R., a child (mother).**

On February 20, 2013, the juvenile court terminated the mother's parental rights to J. R., her minor child.  The mother filed a motion for new trial, which the trial court denied on September 19, 2013.  On October 23, 2013, the mother filed this application for discretionary appeal.  We lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of entry of the order at issue.  OCGA § 5-6- 35 (d); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992).  Here, the mother filed her application 34 days after the juvenile court issued the order denying her motion for new trial.  We lack jurisdiction to consider an untimely application for discretionary appeal.  See *Hill*, supra.  Accordingly, this untimely application for appeal is *DISMISSED* for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* _11/15/2013_
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*